METROPOLITAN TRUST COMPANY OF THE CITY OF NEW YORK, Appellant, *v.* LONG ACRE ELECTRIC LIGHT AND POWER COMPANY, Respondent, Impleaded with Others.

*Metropolitan Trust Co. of N. Y. v. Long Acre El. L. & P. Co.,* 184 App. Div. 156, affirmed.

(Argued January 19, 1920; decided February 24, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 23, 1918, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to foreclose a mortgage made by the defendant Long Acre Light and Power Company to secure an authorized issue of $1,000,000 of first mortgage bonds, of which $500,000 par value are issued and outstanding. The trial court found that the mortgage constituted a valid lien on the property therein described and that coupons representing installments of interest or portions thereof maturing October 15, 1907, to October 15, 1912, inclusive, aggregating $96,860, were outstanding and unpaid. It further found as a conclusion of law that the principal of the outstanding bonds was not due, and as the defendant Long Acre Company deposited in court the amount of interest found due to the date of the trial the complaint was dismissed.

*Arthur H. Van Brunt* for appellant.
*Julius F. Workum* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, MCLAUGHLIN, CRANE and ELKUS, JJ.